# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| De'Quan Lamar Mitchell | ) | |
| | ) | 2:26-mj-0010 AC |
| | ) | |

*Defendant(s)*

**FILED**
Jan 27, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 7, 2026  in the county of  Solano  in the  Eastern  District of  California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

(see attachment)

☒  Continued on the attached sheet.

/s/ Bridget Toler
*Complainant's signature*

FBI Special Agent Bridget Toler
*Printed name and title*

Sworn to before me and signed telephonically:

Date: January 27, 2026

*Judge's signature*

City and state:   Sacramento, California              Allison Claire, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Bridget Toler, a Special Agent with the Federal Bureau of Investigation ("FBI"), currently assigned to the Sacramento Field Office, Vacaville Resident Agency, being duly sworn, state:

1. I am submitting this affidavit in support of my request for the issuance of a criminal complaint and arrest warrant against De'Quan Lamar Mitchell (hereafter "MITCHELL") for a violation of 18 U.S.C § 922(g)(1) (felon in possession of a firearm).

2. The information contained in this Affidavit is based upon my training and experience, my personal knowledge of this investigation, and information provided to me by other agents and law enforcement officials who have assisted in this investigation and have experience investigating the violations of firearm laws. This Affidavit is intended to provide probable cause to support the issuance of the complaint and arrest warrant and does not set forth all the information of which I am aware. The Affidavit mainly focuses on facts relevant and necessary to establish probable cause for the requested arrest warrant. The facts establishing probable cause that MITCHELL committed this crime are set forth more fully below.

**II.     INTRODUCTION AND AGENT BACKGROUND**

3. I have been employed as a Special Agent of the FBI since June 2022 and am currently assigned to the Sacramento Division on the Solano County Violent Crime Task Force. Prior to being assigned to the Solano County Violent Crime Task Force, I was assigned to the Sacramento Division, Counterintelligence Squad. As a Special Agent of the FBI, I am authorized to investigate violations of the laws of the United States, and I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States. My training consisted of 21 weeks of New Agent Training classes during which I received instruction on various aspects of Criminal and National Security investigations. As part of my training, I received extensive instruction in the areas of criminal law, firearms training, rules of evidence, interview techniques, physical surveillance, interviewing witnesses, confidential informants, victims and suspects, writing affidavits, executing search warrants, analyzing phone records obtained from subpoenas, search warrants, pen registers, trap and trace devices, and collecting and processing evidence. In addition, I have received specialized training in the extraction of data from digital devices, to include cellular telephones, as well as specialized training in

firearms technology, surveillance operations, crimes against children investigations and gang and narcotics investigations. Throughout my law enforcement career, and as part of my participation in this investigation, I have spoken with, worked with, and gained knowledge from numerous experienced federal, state, and local investigators.

### III. PROBABLE CAUSE

#### A. October 2019 – Mitchell Murders a Person at a Vallejo Convenience Store

4. On October 15, 2019, at approximately 10:36 p.m., Vallejo police officers and detectives were dispatched to a 7-Eleven convenience store, located at 2080 Springs Road in Vallejo, California, in response to a shooting where one deceased victim was found. In summary, MITCHELL was seated in the back seat of a vehicle and a second suspect was seated in the passenger seat of the vehicle. The driver of the vehicle (victim) drove to a 7-Eleven in Vallejo and walked inside. When the victim returned to the driver seat, MITCHELL shot the victim in the back of the head, killing him. The second suspect seated in the passenger seat forcefully removed the deceased victim's chain (jewelry) from the victim's neck and both MITCHELL and the other suspect fled the scene. Vallejo Police Department Detectives gathered evidence from the scene and identified MITCHELL (who was a juvenile at the time) as the person responsible for the killing.

5. On October 18, 2019, police arrested MITCHELL for the murder. He was taken to Fairfield Juvenile Hall and he was eventually convicted and received a 4-year sentence for the murder conviction.

#### B. February 2024 – Mitchell Begins Probation on his Murder Conviction

6. MITCHELL's probation began on February 28, 2024. The terms of MITCHELL's sentence include that he would be permitted to leave juvenile hall in order to attend college classes at Sacramento State University and be furloughed from juvenile hall on weekends to his probation address located at 455 Pomona Avenue in Vallejo. In addition, the probation terms include that Solano County Probation will transport MITCHELL to his classes and to his furlough address while away from juvenile hall.

7. On December 22, 2025, MICHELL tested positive for marijuana during a drug test conducted pursuant to the terms of his probation.

C. **October 2025 – Mitchell Suspected in Auto and Firearm Theft in Vallejo**

8. On October 20, 2025, victim AD, reported he was assaulted and robbed as he exited a store in Vallejo. After the robbery, AD realized his mother's Honda SUV that he drove to the store had been taken, along with his Glock 23 firearm, bearing serial number CDKY435, which was inside the vehicle. AD reported the incident to the Vallejo Police Department. A Vallejo Police officer contacted AD's mother and registered owner of the vehicle. AD's mother confirmed she did not give anyone else permission to drive the vehicle and would like the suspects arrested if located and identified. Vallejo Police Department Dispatch entered the stolen vehicle's information into the stolen vehicle database. In addition, a Vallejo Police officer contacted the victim AD and confirmed his Glock 23 firearm, serial number CDKY435, was registered to him and stolen. Vallejo Police Department Dispatch entered AD's firearm into the Automated Firearm System. It should be noted MITCHELL was on a furlough from juvenile hall during the time of the robbery on October 20, 2025.

9. On October 23, 2025, American Canyon Police Department located AD's stolen vehicle in American Canyon, California. The car was recovered after a traffic stop conducted by an American Canyon Police officer because a gray Honda SUV (8YUU470) did not display front license plates while being operated. Upon further inspection, the American Canyon Police Officer noticed the rear temporary license plate possessed the abbreviation "HYU" for Hyundai and displayed an expiration date of 1/25. American Canyon Police Department dispatch confirmed the license plate belonged to a Hyundai and not a Honda. Based on my experience, I know that it is common for criminals to "plate swap" license plates on a stolen vehicle to disguise the vehicle. The driver of the stolen vehicle, Deceychia Monique COLLIER, is MITCHELL's mother. In addition, a red Toyota sedan was seen driving in close proximity to the grey Honda SUV, in a manner that made it appear as if it was possibly associated with the SUV, before the initial traffic stop. The driver of the red Toyota sedan was later identified as MITCHELL's brother, Darryl MITCHELL (DARRYL). The American Canyon Police Officer contacted the registered owner of the stolen vehicle, AD's mother, who later arrived on scene to take possession of her vehicle. She said she didn't know who COLLIER was and she didn't have permission to be in possession of her vehicle. AD's mother said that when her vehicle was stolen her son, AD, was in possession of it. In addition, AD's mother said that AD was pepper sprayed during the assault and robbery.

AD's firearm was still missing after being stolen from the stolen vehicle.

D. **January 2026 – Cell Phone Search of MITCHELL's Phone Reveals His Gun Trafficking Activities**

10. On January 2, 2026, Solano County Sheriff's Office Vice Detective Preston Carole along with Solano County Probation, searched MITCHELL's cell phone. The Apple cell phone belonged to "De'Quan Mitchell." The phone was taken from his person by probation and photos and evidence reviewed on the device provided further evidence the phone was MITCHELL's. The Social media application "Telegram" was downloaded on MITCHELL's phone. Telegram is an application often used by those selling and buying illicit items due to the application's end-to-end user encryption. In the Telegram application, a Solano County Sheriff observed the group, "Trap Supply pt5." This Telegram group was known to the Solano County Violent Crime Task Force (SCVCTF) to facilitate purchases of firearms and ammunition based on past investigations. The Solano County Violent Crime Task Force (SCVCTF) has conducted numerous controlled firearm purchases through the Telegram "Trap Supply" group chat. As a result of the controlled purchases, SCVCTF obtained a felony complaint and arrest warrant for one of the group chat participants (Josue RODRIGUEZ), who was ultimately indicted and charged federally for firearms trafficking. In the Telegram group chat, MITCHELL posted a Glock 23 firearm with an extended magazine for sale on December 22, 2025. In addition, there was a separate private chat between MITCHELL and an interested party, "BayLivin7o7," where MITCHELL attempted to sell the firearm for $1200.

11. Descriptions and screenshots of the Telegram group and private chats are depicted below:

- "Trap Supply pt5" Telegram group chat showing a Glock 23 firearm for sale posted by MITCHELL.



- Private chat between "BayLivin7o7" and MITCHELL regarding the sale of a Glock 23 firearm and weed.



E. **January 2026 – Solano County Sheriff deputies serve Search Warrants on two addresses for MITCHELL**

12. Based on a review of the conduct being carried out by MITCHELL on his cell phone, Solano County Detective Preston Carole authored two search warrants for addresses known be

used by MITCHELL. On January 7, 2026, law enforcement executed the search warrants at 455 Pomona Avenue, in Vallejo (MITCHELL'S Probation address) and 123 Kathy Ellen, # K5, in Vallejo (MITCHELL's mother's residence). During execution of the search warrants, deputies recovered a Glock 23 firearm at 123 Kathy Ellen, # K5. A record check of the seized Glock 23 serial number revealed that it was previously reported to be stolen out of the city of Vallejo on October 21, 2025 (FCN 563259406772).

13. The following items were found at 123 Kathy Ellen, # K5, in Vallejo:

- A Glock 23 firearm, bearing serial number CDKY435. The Glock was loaded with one round in the chamber and a full magazine. The Glock was concealed in between the couch cushions. It should be noted that this Glock 23 is the same Glock 23 depicted in MITCHELL's phone when he was offering to sell it.



- A loaded Glock 23 magazine which was located within arm's reach of the of the Glock 2



- Solano County probation furlough paperwork belonging to MITCHELL was located on a table next to the couch where the Glock was located.



- "RMA Armament" body armor and plate carrier was located next to the couch adjacent to there the Glock was recovered.



14. While on scene at the Kathy Ellen address, Solano County Detective Ryken conducted an interview of MITCHELL's brother, Darryl MITCHELL. In summary, Darryl stated that MITCHELL comes and goes from the Kathy Ellen house. Darryl said he had a room upstairs but also sleeps on the couch sometimes. Darryl advised MITCHELL sleeps on the couch when he stays at the

residence. Darryl had not seen MITCHELL with firearms, and he had not seen guns at the house. Darryl thought his wallet was on the couch (this wallet was observed on the couch and documented during the search).

15. Solano County Detectives conducted a record check of the Glock 23, serial number CDKY435, which revealed it had been reported stolen during a robbery in the city of Vallejo on October 20, 2025. It should be noted that MITCHELL's mother, COLLIER, was contacted and arrested as the driver of the victim's vehicle three days after it was stolen. MITCHELL later posted the stolen firearm on Telegram in attempt to sell it, as confirmed from the photos posted above.

**F.     MITCHELL is a Felon and Prohibited from Possessing Firearms**

16. A review of MITCHELL's criminal history revealed he was previously convicted of the following felonies:

    i. On February 7, 2024, MITCHELL was convicted of a violation of California Penal Code § 187(a) – Murder.

    ii. On February 7, 2024, MITCHELL was convicted of a violation of California Penal Code § 182(a)(1) – Conspiracy.

    iii. On February 7, 2024, MITCHELL admitted to enhancements: California Penal Code § PC190.2 (a)(17) and Penal Code § 12022.53(d).

**G.     Interstate Nexus of Gun Possessed by MITCHELL**

17. Based upon consultation with an interstate nexus expert from the Bureau of Alcohol, Tobacco, and Firearms, I learned that the Glock firearm possessed by MITCHELL on January 7, 2026, was not manufactured in the State of California and therefore traveled in and affected interstate commerce.

## IV.  CONCLUSION

18. Based on the information set forth in the paragraphs above, there is probable cause to believe that, on or about January 7, 2026, MITCHELL committed a violation of 18 U.S.C § 922(g)(1).

19. Accordingly, based upon the foregoing, I respectfully request that the Court sign the requested criminal complaint and issue the requested arrest warrant.

20. I declare under penalty of perjury that the statements above are true and correct to best of my knowledge and belief.

Respectfully submitted,

/s/ Bridget Toler
Bridget Toler
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me via telephone on:   January 27, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/s/ Jason Hitt
Approved as to form by AUSA Jason Hitt

## United States v. De'Quan Lamar Mitchell
### Penalties for Criminal Complaint

VIOLATION:   18 U.S.C. § 922(g) - Felon in possession of firearm

PENALTIES:   A maximum sentence of up to 15 years in prison;
A fine of up to $250,000; or both fine and imprisonment
A term of supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)